

DISTRICT COURT OF GUAM
MAR - 2 2005
MARY L.M. MORAN
CLERK OF COURT



DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ZHANG ZUE MING,<br>Petitioner,<br>vs.<br>ALBERTO GONZALEZ, Attorney General, United States, MARY ANN GANTNER, District Director, U.S. Citizenship and Immigration Services, and MICHAEL CHERTOFF, Secretary, Department of Homeland Security,<br>Respondents.[1] | Civil Case No. 04-00050<br><br>ORDER TO SHOW CAUSE |

On November 29, 2004, the Petitioner initiated this action in the United States District Court for the Southern District of New York. The petition sought the issuance of a writ of habeas corpus ordering his immediate release from detention. Further, the Petitioner requested that the Court direct the Respondents to find the Petitioner's immigration file and issue proof of his lawful permanent resident status.

On December 14, 2004, the action was transferred to this Court. In the Order of

---

[1] The Petitioner had originally named as respondents John Ashcroft and Tom Ridge. However, pursuant to Fed. R. Civ. P. 25(d), when a public officer ceases to hold office, his successor is *automatically* substituted as a party, regardless of whether the court enters an order of substitution.

transfer, the transferor court permitted the filing and docketing of the petition without payment of fees, but reserved for this Court the determination of whether the Petitioner should be so permitted to proceed.

The Court has reviewed the pleadings transferred to this Court and notes that the Petitioner has not filed an application to proceed without prepayment of fees or an affidavit showing that he is unable to pay such fees or give security therefor. See 28 U.S.C. § 1915(a). Accordingly, the Petitioner is ordered to show cause why this case should not be dismissed for failure to pay the required filing fee. The Petitioner's written response to this Order to Show Cause shall be filed no later than March 31, 2005.

Additionally, the Petitioner shall file proof of service of the petition upon the Respondents by March 31, 2005.

Finally, Attorney Theodore N. Cox signed the Petition on behalf of his client. Attorney Cox, however, is not admitted to the bar of this District. If Attorney Cox intends to proceed as counsel for the Petitioner, then he must forthwith move for *pro hac vice* admission in conformance with Rule GR 17.1(d) and (e) of the Local Rules of Practice for the District Court of Guam.

The Petitioner's failure to comply with this Court's Order may result in the dismissal of this action without prejudice.

**SO ORDERED** this 2nd day of March 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE