# THEODORE N. COX, ESQ.
*Attorney-at-Law*
*401 Broadway, Suite 701*
*New York, New York 10013*

Telephone: (212) 925-1208
Facsimile: (212) 925-5188

April 5, 2005

**FILED**
DISTRICT COURT OF GUAM
APR 11 2005
MARY L.M. MORAN
CLERK OF COURT

BY FACSIMILE & MAIL

Mary L.M. Moran, Clerk of Court
United States District Court for the
  Territory of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

Re: ZHANG, Xue Ming A29 783 414 *v. Ashcroft, Gantner & Ridge* 05 Civ. 09339

Dear Ms. Moran:

By this letter, plaintiff, ZHANG, Xue Ming, withdraws the above-referenced action in its entirety.

I thank the Court for the consideration of this matter.

Respectfully,

Theodore N. Cox

cc: Leonardo M. Rapadas
    Sirena Plaza, 108 Hernan Cortez, Suite 500,
    Hagatna, Guam 96910
    BY FACIMILE AND MAIL



**RECEIVED**
APR 11 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM