

**FILED**
DISTRICT COURT OF GUAM
APR 13 2005
MARY L.M. MORAN
CLERK OF COURT

United States District Court

District of Guam

ZHANG ZUE MING,

    Petitioner,

vs.

ALBERTO GONZALEZ, Attorney General, United States,
MARY ANN GANTNER, District Director, U.S. Citizenship and Immigration Services, and
MICHAEL CHERTOFF, Secretary, Department of Homeland Security,

    Respondents.

Civil Case No. 04-00050

ORDER

On April 5, 2005 the Counsel for the petitioner, Attorney Theodore Cox, filed a letter with the court indicating that the petitioner wished to withdraw his petition for writ of *habeas corpus*. The letter consisted of one sentence and did not provide any information concerning whether or not his client, Zhang Zue Ming was informed of the request, nor did it indicate that he consented to the same.

Accordingly, the counsel for the petitioner is ordered to file a declaration with the court indicating that his client has been informed of the withdrawal of the petition and the ramifications of the same. Said certification shall be filed no later than April 30, 2005.

**SO ORDERED** this 12th day of April 2005.

HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge, District Court of Guam