# THEODORE N. COX, ESQ.
*Attorney-at-Law*
*401 Broadway, Suite 701*
*New York, New York 10013*

Telephone: (212) 925-1208
Facsimile: (212) 925-5188

April 21, 2005

**FILED**
DISTRICT COURT OF GUAM
APR 28 2005
MARY L.M. MORAN
CLERK OF COURT

Mary L.M. Moran, Clerk of Court
United States District Court for the
 Territory of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

Re: ZHANG, Xue Ming A29 783 414 *v. Gonzalez,, Gantner & Chertoff,* 04 Civ. 00050

Dear Ms. Moran:

    Pursuant to the order of the Hon. Joaquin V.E. Manibusan, Jr., plaintiff, ZHANG, Xue Ming, files his declaration explaining why he is withdrawing this case.

    I thank the Court for the consideration of this matter.

Respectfully,

Theodore N. Cox

cc: Leonardo M. Rapadas
    Sirena Plaza, 108 Hernan Cortez, Suite 500,
    Hagatna, Guam 96910
    BY FACIMILE AND MAIL



**RECEIVED**
APR 28 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL

# UNITED STATES DISTRICT COURT

FOR THE      DISTRICT OF GUAM

-------------------------------------------X

ZHANG Xue Ming
29 783 414                                Civil Action No. 05-60050

                Petitioner,
     -against-

ALBERTO GONZALEZ, U.S.
Attorney General,
MARY ANN GANTNER,
District Director,
U.S. Citizenship and Immigration Services
MICHAEL CHERTOFF,
Secretary, Department of Homeland Security,
                Respondents.
-------------------------------------------X

## AFFIDAVIT

STATE OF NEW YORK   }
                           }  ss.:
COUNTY OF NEW YORK }

I, ZHANG, Xue Ming, being duly sworn, hereby deposes and says:

1. I wish to withdraw this action, which has been transferred to Guam. I am not detained, and am not in Guam. I live at 59 W Adams Street, E Islip, NY 11730.

2. This action is to compel issuance of evidence of my green card. I have refiled it in the Southern District of New York.

                                               _____
                                               ZHANG, Xue Ming

Translated into Chinese and
Sworn to before me on
April 21, 2005

_____
Notary Public

THEODORE N. COX
Notary Public, State of New York
No. 02CO6003500
Qualified in New York County
Commission Expires March 9, 20 06