United States District Court

District of Guam

ZHANG ZUE MING,

Petitioner,

vs.

ALBERTO GONZALEZ, Attorney General, United States,
MARY ANN GANTNER, District Director, U.S. Citizenship and Immigration Services, and
MICHAEL CHERTOFF, Secretary, Department of Homeland Security,

Respondents.

Civil Case No. 04-00050

ORDER

On April 5, 2005 the Counsel for the petitioner, Attorney Theodore Cox, filed a letter with the court indicating that the petitioner wished to withdraw his petition for writ of *habeas corpus*. On April 28, 2005, petitioner filed an affidavit confirming the previous request to withdraw his petition in the above captioned matter.

Accordingly, pursuant to the request of the petitioner, this matter is hereby DISMISSED.

**SO ORDERED** this ___6___ day of June, 2005.

RICARDO S. MARTINEZ*
United States District Judge

Notice is hereby given that this document was entered on the docket on 06/06/05. No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam

By: _____ 6/6/05
Deputy Clerk      Date

* The Honorable Ricardo S. Martinez, United States District Judge for Western Washington, by designation.